No. 859. Sears, Trustee, et al. *v.* County of Calaveras, California, et al. Appeal from the Supreme Court of California. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Charles O. Bruce* for appellants. *Edmund G. Brown,* Attorney General, *E. G. Benard, Irving H. Perluss,* Assistant Attorneys General,

and *Edward P. Hollingshead,* Deputy Attorney General, for the State of California, appellee.

No. 869. MONTGOMERY *v.* WEST BASIN MUNICIPAL WATER DISTRICT ET AL. Appeal from the Supreme Court of California. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *A. Andrew Hauk* for appellant. *James H. Howard, Charles C. Cooper, Jr.* and *John M. Davenport* for the Metropolitan Water District of Southern California, appellee.